IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PENUMBRA, INC., | § § § | |
| *Plaintiff*, | § § | |
| V. | § § | Case No. Case No. 3:23-cv-02345 |
| STEWARD HEALTH CARE SYSTEM, LLC, | § § § § | |
| *Defendant*. | § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Penumbra, Inc. ("Plaintiff"), and pursuant to FED. R. CIV. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, provides the following information to the Court:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

> **Plaintiff is a publicly traded company incorporated under the laws of the State of Delaware with its principal place of business in Alameda, California. To the best of Plaintiff's knowledge, Plaintiff does not have a parent corporation and the only publicly held corporation that owns 10% or more of Plaintiff's stock is BlackRock, Inc.**

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

**To the best of Plaintiff's knowledge, there are no other persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case other than the parties to this dispute and their respective members.**

Respectfully Submitted,

*/s/ Owen C. Babcock*
Mark W. Stout
State Bar I.D. #24008096
*mstout@padfieldstout.com*
Matthew D. Giadrosich
State Bar I.D. #24074274
*mdg@padfieldstout.com*
Owen C. Babcock
State Bar I.D. #24104585
*obabcock@padfieldstout.com*
PADFIELD & STOUT, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
817-338-1616 phone
817-338-1610 fax

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Certificate of Interested Persons shall be served in conjunction with the Summons issued in this matter.

*/s/ Owen C. Babcock*
Owen C. Babcock