IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PENUMBRA, INC., § § § § § § § § § § § | |
| Plaintiff, | |
| vs. | CASE NO. 3:23-CV-02345-G |
| STEWARD HEALTH CARE SYSTEM LLC, | |
| Defendant. | |

### DEFENDANT STEWARD HEALTH CARE SYSTEM LLC'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Defendant Steward Health Care System LLC ("Steward") files this Disclosure Statement and Certificate of Interested Persons and identifies the following entity and states as follows:

1. Steward Health Care System LLC. No publicly held corporation owns 10% of more of Steward Health Care System LLC.

*/s/ Thomas G. Yoxall*
**Thomas G. Yoxall**
  State Bar No. 00785304
tyoxall@lockelord.com
**Nicholas S. Graber**
  State Bar No. 24122918
Nick.graber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 – Telephone
(214) 740-8800 – Facsimile

**COUNSEL FOR DEFENDANT STEWARD HEALTH CARE SYSTEM LLC**

1

## CERTIFICATE OF SERVICE

      I certify that on December 1, 2023, I caused this document to be filed with the Court's electronic filing system and set for service on counsel of record.

*/s/ Thomas G. Yoxall*