IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PENUMBRA, INC. | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:23-CV-2345-BT |
| STEWARD HEALTH CARE SYSTEM LLC | § § § | |
| Defendant. | § | |

**NOTICE OF SERVICE OF DEFENDANT'S RULE 26(a) DISCLOSURE STATEMENT**

I certify that on January 19, 2024, I served Defendant Steward Health Care System LLC's Rule 26(a) Disclosure Statement upon Plaintiff Penumbra, Inc., through its counsel of record via email.

January 22, 2024

Respectfully submitted,

*/s/ Nicholas S. Graber*
Thomas G. Yoxall
  State Bar No. 00785304
  tyoxall@lockelord.com
Nicholas S. Graber
  State Bar No. 24122918
  Nick.Graber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 – Telephone
(214) 740-8800 – Facsimile

**COUNSEL FOR DEFENDANT STEWARD HEALTH CARE SYSTEM, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of January 2024, I caused a true and correct copy of the foregoing document to be filed via the Court's ECF system and thus set for service on counsel of record.

                                           */s/ Nicholas S. Graber*
                                           Nicholas S. Graber